UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JIMMIE LEE HARRISON,

    Plaintiff,

v.

PRAGNA H. PANDYA, *et al.*,

    Defendants.
_____/

Case No. 1:09-cv-349

Hon. Gordon J. Quist

## ORDER

This matter is now before the court on plaintiff's "amended motion to strike defendants Robert Migliorino, Pragna H. Pandya and Christine Meyers brief in reply to plaintiff's response to motion to dismiss for improper service" (docket no. 76). Plaintiff's "amended motion" is in actuality a sur-reply with respect to defendants' motion to dismiss. *See* docket nos. 50, 53 and 56. Plaintiff may not file a sur-reply unless permitted or required by the court. *See* W.D. Mich. LCivR 7.2(c). Plaintiff has not sought permission to file a sur-reply nor does this court require such additional briefing. Accordingly, plaintiff's "amended motion to strike" is **DENIED**.

    **IT IS SO ORDERED.**

Dated: June 18, 2010          /s/ Hugh W. Brenneman, Jr.
                                       HUGH W. BRENNEMAN, JR.
                                       United States Magistrate Judge