UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JIMMIE LEE HARRISON,

       Plaintiff,                     Case No. 1:09-CV-349

v.                                           Hon. Gordon J. Quist

PRAGNA H. PANDYA, et al.,

       Defendants.
_____/

## ORDER APPROVING
## REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action on June 25, 2010. The Report and Recommendation was served on the parties on June 25, 2010. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the Magistrate Judge filed June 25, 2010, is approved and adopted as the opinion of the Court.

**IT IS FURTHER ORDERED** that Defendants' Motion to Dismiss (docket no. 50), which the Court considers as a motion to quash service of process, is **GRANTED**.

**IT IS FURTHER ORDERED** that the summonses addressed to Defendants Robert Migliorino, Pragna H. Pandya, and Christine Meyer are **QUASHED** and the corresponding acknowledgments from "The Corporation Company" (docket nos. 43, 45, and 46) are **STRICKEN**.

**IT IS FURTHER ORDERED** that the Clerk shall re-issue the summonses for these Defendants for personal service by the United States Marshals Service pursuant to Fed. R. Civ. P. 4.

Dated: July 14, 2010                               /s/ Gordon J. Quist
                                                 GORDON J. QUIST
                                            UNITED STATES DISTRICT JUDGE