UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JIMMIE LEE HARRISON,

    Plaintiff,

v.

PRAGNA H. PANDYA, *et al.*,

    Defendants.
_____/

Case No. 1:09-CV-349

Hon. Gordon J. Quist

# ORDER AND JUDGMENT
## APPROVING REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action filed on January 10, 2011. The Report and Recommendation was served on Plaintiff by mail on January 11, 2010. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge filed January 11, 2011, is approved and adopted as the opinion of the Court.

**IT IS FURTHER ORDERED** that Defendants Caruso, Willard, Mulnix, Bowker, and Higbie's Motion for Summary Judgment (docket no. 62) is **GRANTED**, and Plaintiff's claims against those Defendants are **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that Defendants Sherry, Marble, and CMS' Motion for Summary Judgment (docket no. 99) is **GRANTED**, and Plaintiff's claims against those Defendants are **DISMISSED WITH PREJUDICE**.

Dated: January 31, 2011

                          /s/ Gordon J. Quist
                         GORDON J. QUIST
                   UNITED STATES DISTRICT JUDGE